IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| RUPERT BROWNE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF HONOLULU, *et al.*,<br><br>　　　　Defendants. | Case No. 19-cv-00460-DKW-KJM<br><br>**ORDER TO SHOW CAUSE** |

## ORDER TO SHOW CAUSE

On October 23, 2019, this Court entered an Order to Show Cause as to why Attorney Christopher S.B. Woo, the attorney for the plaintiff in this case, should not be monetarily sanctioned due to his multiple failures to respond to orders of the Court and/or appear at hearings before the Court. Dkt. No. 15. In doing so, the Court scheduled a hearing on the order to show cause for October 25, 2019, forewarning Attorney Woo that failure to appear at that hearing may result in monetary sanctions being imposed against him personally. At the same time, the Court also instructed Plaintiff, Rupert Browne, to appear personally at the October 25, 2019 hearing and warned him and Attorney Woo that, should neither appear at that hearing, a further order to show cause would be issued as to why this case should not be dismissed. *Id.*

On October 25, 2019, the Court held a hearing on the above-mentioned order to show cause before an empty courtroom. In other words, neither Attorney Woo nor Browne appeared at the hearing as they were ordered to do. As a result, the Court enters the following orders.

First, **Browne, either through his counsel or personally, is ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice for failure to appear and/or prosecute**. A written response to this order to show cause is due by Wednesday, October 30, 2019. The Court will hold a hearing on the order to show cause on Friday, November 1, 2019 at 9:30 a.m. in the Federal Courthouse, 300 Ala Moana Boulevard, Fourth Floor, Aha Kupono, Honolulu, HI 96850. Both Plaintiff Browne and Attorney Woo are required to attend the November 1, 2019 hearing. **Should neither Browne nor Attorney Woo appear at the November 1, 2019 hearing, this case will be dismissed without prejudice for failure to appear and/or prosecute.**

Second, beginning today, October 25, 2019, Attorney Woo will be sanctioned **$100 per day** (including non-business days) for his repeated failure to respond to orders of this Court and/or appear at hearings before this Court. These sanctions will continue to accrue until either Attorney Woo files a response to the above-stated order to show cause or this case is dismissed, whichever occurs earlier.

The Clerk is directed to mail a copy of this order to show cause to Plaintiff Browne at the address reflected in the Court's records.  See Dkt. No. 1-2 at 12.

IT IS SO ORDERED.

Dated: October 25, 2019 at Honolulu, Hawai'i.



_____
Derrick K. Watson
United States District Judge

---

*Rupert Browne v City and County of Honolulu, et al;* Civil No. 19-00460 DKW-KJM; **ORDER TO SHOW CAUSE**